```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

**Hugo Demarco,**

                 Plaintiff(s),

    -against-

**Bank of America, N.A.,**

                 Defendant(s).
-------------------------------------------------X

10-cv-04167 (KMK)(LMS)

CALENDAR NOTICE

Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference      ___ Status Conference      ___ Oral argument
___ Settlement conference      ___ Plea Hearing      ___ Suppression hearing
_x_ Rule (16) conference      ___ Final pre-trial conference
___ Telephone Conference      ___ Jury Selection and Trial
___ Non-Jury Trial      ___ Inquest

before the Honorable Kenneth M. Karas, United States District Judge, on Friday, March 18, 2011 at 12:30 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: March 11, 2011
       White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J