```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-1-11
```

Joseph R. Curto, Esq.
Veneruso, Curto, Schwartz & Curto, LLP
35 East Grassy Sprain Road, Suite 400
Yonkers, New York 10710
(914) 779-1100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUGO DEMARCO,                                    10 Civ. 4167 (VB)
                        Plaintiff,
-against-                                        **STIPULATION OF
                                                 DISMISSAL**

BANK OF AMERICA, N.A., successor by merger
of Countrywide Bank, FSB and SHAUN DONOVAN,
Secretary of Housing and Urban Development,

                        Defendants.
-----------------------------------------------------------------X

    **IT IS HERBY STIPULATED AND AGREED** that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the plaintiff hereby dismisses with prejudice and without costs to either party as against the other any and all remaining claims alleged in the complaint against defendant Bank of America, N.A., successor by merger of Countrywide Bank, FSB[1].

    Facsimile, email, or other electronic signature of this stipulation, in counter parts or otherwise, may be submitted with the clerk of the court without further notice in lieu of an original.

---

[1] The complaint has been previously dismissed against Shaun Donovan, Secretary of Housing and Urban Development by stipulation and order filed on August 18, 2011.

1

Dated: Yonkers, New York
~~September~~ 28, 2011
October

Veneruso, ~~Curto,~~ Schwartz & Curto, LLP

By: _____
Joseph R. Curto, Esq.
Attorney for Plaintiff
The Hudson Valley Bank Building
35 East Grassy ~~Sprain~~ Road
Yonkers, New York 10710
(914) 779-1100
(914) 779-0369 - Fax
jcurto@vcsclaw.com

Dated: New York, New York
~~September~~ 28, 2011
October

Bank of America, N.A.

By: _____
Robert Guttman, Esq.
Attorney for Bank of America
Zeichner, Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED

_____ 11/1/11
Hon. Vincent L. Briccetti
United States District Judge

2